UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CINGRANI, DENNIS P. § Case No. 13-26373
CINGRANI, PYONG Y §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 S. Dearborn
          Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/25/2014 in Courtroom ,
          Joliet City Hall
          150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/17/2014                   By: /s/ Michael G. Berland
                                                                    Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
        §
CINGRANI, DENNIS P.  §   Case No. 13-26373
CINGRANI, PYONG Y    §
        §
        §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 7,000.00 |
| and approved disbursements of | $ 449.66 |
| leaving a balance on hand of[1] | $ 6,550.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Auctioneer Expenses: American Auction Associates | $ 449.66 | $ 449.66 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,450.00 |
| Remaining Balance | $ 5,100.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,490.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Wells Fargo Bank NA | $ 4,367.40 | $ 0.00 | $ 990.43 |
| 000002 | Capital One, N.A. | $ 335.21 | $ 0.00 | $ 76.02 |
| 000003 | eCAST Settlement Corporation, assignee | $ 2,297.65 | $ 0.00 | $ 521.05 |
| 000004 | eCAST Settlement Corporation, assignee | $ 8,163.94 | $ 0.00 | $ 1,851.40 |
| 000005 | Capital Recovery V, LLC | $ 656.75 | $ 0.00 | $ 148.94 |
| 000006 | Capital Recovery V, LLC | $ 1,821.07 | $ 0.00 | $ 412.97 |
| 000007 | Capital Recovery V, LLC | $ 766.43 | $ 0.00 | $ 173.81 |
| 000008 | Capital Recovery V, LLC | $ 1,993.18 | $ 0.00 | $ 452.01 |
| 000009 | Capital Recovery V, LLC | $ 2,088.90 | $ 0.00 | $ 473.71 |

Total to be paid to timely general unsecured creditors    $    5,100.34

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 13-26373-BWB
Dennis P. Cingrani  Chapter 7
Pyong Y Cingrani
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: bchavez     Page 1 of 2     Date Rcvd: Mar 18, 2014
                 Form ID: pdf006    Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2014.

```
db/jdb         +Dennis P. Cingrani,    Pyong Y Cingrani,    1010 Flagstaff Lane,    Joliet, IL 60432-9682
20660678       +Bank Of America, N.A.,    401 N. Tryon Street,    NC1-021-02-20,    Charlotte, NC 28255-0001
20660679       +Best Buy Co., Inc,    Bureaus Investment Group,    PO Box 17298,    Baltimore, MD 21297-1298
20660683      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citicorp Credit Services *,    ATTN: Internal Recovery; Centralized Bk,
                 P.O. Box 20507,    Kansas City, MO 64195)
21070257        Capital One, N.A.,    Becket and Lee LLP,    Attorney/Agent for Creditor,    POB 3001,
                 Malvern, PA 19355-0701
20660681       +Capital One, N.A.,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
20660682       +Chase,    ATTN: Bankruptcy Department,    P.O. Box 15298,    Wilmington, DE 19850-5298
20660684       +Comenity Bank,    220 W. Schrock Road,    Westerville, OH 43081-2873
20660685        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20660686       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20660687       +Ge Capital,    C/O United Portfolio,    1942 Lexington, Ste 1,    Saint Paul, MN 55113-6401
20660690       +HSBC,    Attn: CLM FAP,    2929 Walden Avenue,    Depew, NY 14043-2690
20660691       +HSBC,    One HSBC Center,    Buffalo, NY 14203-2885
20660692       +HSBC,    Po Box 5213,    Carol Stream, IL 60197-5213
20660694       +PayPal Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
20660696       +Sam's Club,    603 Riveroaks West,    Calumet City, IL 60409-5408
20660697       +Silver Cross Hospital,    1200 Maple Road,    Joliet, IL 60432-1497
20660698       +Silver Cross Hospital,    1900 Silver Cross Boulevard,    New Lenox, IL 60451-9509
20660699       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20660700       +Union Plus Credit,    PO Box 71104,    Charlotte, NC 28272-1104
20660701       +Union Plus Credit Card,    PO Box 80027,    Salinas, CA 93912-0027
20660702       +Vision Financial Service,    1900 W Severs Road,    La Porte, IN 46350-7855
20660703       +Walmart,    Asset Protection Recovery,    PO Box 101928, Dept 4295,    Birmingham, AL 35210-6928
20660706       +Wells Fargo Bank NA,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
20660705       +Wells Fargo Bank, N.A.,    420 Montgomery Street,    San Francisco, CA 94104-1298
21086059        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20660680       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 19 2014 01:49:55     Capital One, N.A. *,
                 c/o American Infosource,    P.O Box 54529,    Oklahoma City, OK 73154-1529
21258120        E-mail/PDF: rmscedi@recoverycorp.com Mar 19 2014 01:50:25     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20660688       +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2014 01:50:24     GE Capital Retail Consumer Finance,
                 1600 Summer Street,    Fifth Floor,    Stamford, CT 06905-5125
20660689       +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2014 01:50:24     GE Money Bank Care Card,
                 Po Box 960061,    Orlando, FL 32896-0061
20660693       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 19 2014 01:44:05     Kohl's Credit *,
                 N56 W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
20660695       +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2014 01:49:45     PayPal Smart Connect,
                 PO Box 960013,    Orlando, FL 32896-0013
20660704       +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2014 01:50:24     Walmart Stores Inc,
                 702 SW 8th Street,    6487,    Bentonville, AR 72716-6209
                                                                                              TOTAL: 7
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
21086060*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2014                           Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: bchavez              Page 2 of 2                Date Rcvd: Mar 18, 2014
                               Form ID: pdf006            Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2014 at the address(es) listed below:
              Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
               IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Mohammed O Badwan    on behalf of Debtor Dennis P. Cingrani mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Mohammed O Badwan    on behalf of Joint Debtor Pyong Y Cingrani mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Nathan C Volheim    on behalf of Joint Debtor Pyong Y Cingrani courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
              Nathan C Volheim    on behalf of Debtor Dennis P. Cingrani courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```