# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CINGRANI, DENNIS P. | § | Case No. 13-26373 |
| CINGRANI, PYONG Y | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/MICHAEL G. BERLAND _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Best Buy Co., Inc Bureaus Investment Group PO Box 17298 Baltimore, MD 21297 | | | | | |
| | Capital One, N.A. * c/o American Infosource P.O Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Capital One, N.A. * c/o American Infosource P.O Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Capital One, N.A. * c/o American Infosource P.O Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Capital One, N.A. * c/o American Infosource P.O Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Capital One, N.A.* 1680 Capital One Drive Mc Lean, VA 22102 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.A.* 1680 Capital One Drive Mc Lean, VA 22102 | | | | | |
| | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citicorp Credit Services * ATTN: Internal Recovery; Centralized Bk P.O. Box 20507 Kansas City, MO 64195 | | | | | |
| | Comenity Bank 220 W. Schrock Road Westerville, OH 43081 | | | | | |
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | | | | |
| | GE Capital Retail Consumer Finance 1600 Summer Street Fifth Floor Stamford, CT 06905 | | | | | |
| | GE Capital Retail Consumer Finance 1600 Summer Street Fifth Floor Stamford, CT 06905 | | | | | |
| | GE Capital Retail Consumer Finance 1600 Summer Street Fifth Floor Stamford, CT 06905 | | | | | |
| | GE Money Bank Care Card Po Box 960061 Orlando, FL 32896 | | | | | |
| | GE Money Bank Care Card Po Box 960061 Orlando, FL 32896 | | | | | |
| | Ge Capital C/O United Portfolio 1942 Lexington, Ste 1 Saint Paul, MN 55113 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ge Capital C/O United Portfolio 1942 Lexington, Ste 1 Saint Paul, MN 55113 | | | | | |
| | HSBC Attn: CLM FAP 2929 Walden Avenue Depew, NY 14043 | | | | | |
| | HSBC One HSBC Center Buffalo, NY 14203 | | | | | |
| | HSBC One HSBC Center Buffalo, NY 14203 | | | | | |
| | HSBC Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Kohl's Credit * N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051 | | | | | |
| | PayPal Bill Me Later PO Box 105658 Atlanta, GA 30348 | | | | | |
| | PayPal Smart Connect PO Box 960013 Orlando, FL 32896 | | | | | |
| | Sam's Club 603 Riveroaks West Calumet City, IL 60409 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | | | | |
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | | | | |
| | Silver Cross Hospital 1900 Silver Cross Boulevard New Lenox, IL 60451 | | | | | |
| | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 | | | | | |
| | Union Plus Credit Card PO Box 80027 Salinas, CA 93912 | | | | | |
| | Union Plus Credit PO Box 71104 Charlotte, NC 28272 | | | | | |
| | Vision Financial Service 1900 W Severs Road La Porte, IN 46350 | | | | | |
| | Vision Financial Service 1900 W Severs Road La Porte, IN 46350 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Walmart Asset Protection Recovery PO Box 101928, Dept 4295 Birmingham, AL 35210 | | | | | |
| | Walmart Stores Inc 702 SW 8th Street 6487 Bentonville, AR 72716 | | | | | |
| | Wells Fargo Bank, N.A. 420 Montgomery Street San Francisco, CA 94132 | | | | | |
| 000002 | CAPITAL ONE, N.A. | | | | | |
| 000004 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000001 | WELLS FARGO BANK NA | | | | | |
| 000005 | CAPITAL RECOVERY V, LLC | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |
| 000007 | CAPITAL RECOVERY V, LLC | | | | | |
| 000008 | CAPITAL RECOVERY V, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | CAPITAL RECOVERY V, LLC | | | | | |
| 000003 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-26373 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | CINGRANI, DENNIS P. | Date Filed (f) or Converted (c): | 06/27/13 (f) |
| | CINGRANI, PYONG Y | 341(a) Meeting Date: | 07/30/13 |
| For Period Ending: | 06/11/14 | Claims Bar Date: | 12/05/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1010 Flgstaff, Joliet | 190,938.00 | 0.00 | | 0.00 | FA |
| 2. Bank Of America | 3.00 | 0.00 | | 0.00 | FA |
| 3. BMOHarris | 400.00 | 0.00 | | 0.00 | FA |
| 4. Bank Financial checking | 652.00 | 0.00 | | 0.00 | FA |
| 5. Furniture, appliances, electronics | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 7. Camrocorder | 250.00 | 0.00 | | 0.00 | FA |
| 8. pension Chicago Truck Drivers Union | 0.00 | 0.00 | | 0.00 | FA |
| 9. Pension IBC | 0.00 | 0.00 | | 0.00 | FA |
| 10. Illinois driving license for both debtors | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2010 Cobalt | 9,189.00 | 7,000.00 | | 7,000.00 | FA |
| Thi vehicle was sold at an auction sale . Orginall exemptions were removed. | | | | | |
| 12. 2006 Chevrolet Cobalt | 6,307.00 | 0.00 | | 0.00 | FA |
| 13. 2003 Cadillac Escalade | 6,525.00 | 0.00 | | 0.00 | FA |
| 14. 1997 Chevrolet Camaro | 2,926.00 | 0.00 | | 0.00 | FA |
| 15. Personal items | 100.00 | 0.00 | | 0.00 | FA |
| 16. Costume jewelry, wedding ring | 500.00 | 0.00 | | 0.00 | FA |
| 17. Two dogs | 100.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $220,290.00     $7,000.00     $7,000.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1     Ver: 17.04c
**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 13-26373   BL   Judge: Bruce W. Black | Trustee Name:   MICHAEL G. BERLAND |
| Case Name: CINGRANI, DENNIS P. | Date Filed (f) or Converted (c):   06/27/13 (f) |
| CINGRANI, PYONG Y | 341(a) Meeting Date:   07/30/13 |
| | Claims Bar Date:   12/05/13 |

The Trustee sold an automobile at an auction sale, which was not exempt. The Trustee filed a Report Of Auction Sale.

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.04c

FORM 2

Page: 1

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-26373 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | CINGRANI, DENNIS P. | | Bank Name: | Congressional Bank |
| | CINGRANI, PYONG Y | | Account Number / CD #: | *******0689  Checking Account |
| Taxpayer ID No: | *******9002 | | | |
| For Period Ending: | 06/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/07/14 | 11 | American Auction Associates | | 1129-000 | 7,000.00 | | 7,000.00 |
| 01/29/14 | 001001 | American Auction Associates | Payment of auctioneer per court order | 3620-000 | | 449.66 | 6,550.34 |
| 04/28/14 | 001002 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 1,450.00 | 5,100.34 |
| 04/28/14 | 001003 | Wells Fargo Bank NA 1 Home Campus 3rd Floor Des Moines, IA 50328 | Claim 000001, Payment 22.67779% | 7100-000 | | 990.43 | 4,109.91 |
| 04/28/14 | 001004 | Capital One, N.A. Becket and Lee LLP Attorney/Agent for Creditor POB 3001 Malvern, PA 19355-0701 | Claim 000002, Payment 22.67832% | 7100-000 | | 76.02 | 4,033.89 |
| 04/28/14 | 001005 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 000003, Payment 22.67752% | 7100-900 | | 521.05 | 3,512.84 |
| 04/28/14 | 001006 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 000004, Payment 22.67778% | 7100-000 | | 1,851.40 | 1,661.44 |
| 04/28/14 | 001007 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000005, Payment 22.67834% | 7100-900 | | 148.94 | 1,512.50 |
| 04/28/14 | 001008 | Capital Recovery V, LLC | Claim 000006, Payment 22.67733% | 7100-900 | | 412.97 | 1,099.53 |
| | | | Page Subtotals | | 7,000.00 | 5,900.47 | |

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-26373 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | CINGRANI, DENNIS P. | | Bank Name: | Congressional Bank |
| | CINGRANI, PYONG Y | | Account Number / CD #: | *******0689 Checking Account |
| Taxpayer ID No: | *******9002 | | | |
| For Period Ending: | 06/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/28/14 | 001009 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 22.67787% | 7100-900 | | 173.81 | 925.72 |
| 04/28/14 | 001010 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 22.67783% | 7100-900 | | 452.01 | 473.71 |
| 04/28/14 | 001011 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 22.67749% | 7100-900 | | 473.71 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,000.00 | 7,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,000.00 | 7,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,000.00 | 7,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0689 | 7,000.00 | 7,000.00 | 0.00 |
| | 7,000.00 | 7,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 1,099.53

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-26373 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | CINGRANI, DENNIS P. | Bank Name: | Congressional Bank |
| | CINGRANI, PYONG Y | Account Number / CD #: | *******0689  Checking Account |
| Taxpayer ID No: | *******9002 | | |
| For Period Ending: | 06/11/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********0689

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*